THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MICHELLE ORTIZ-COLON, ET AL,**

   Plaintiffs,

   v.

**EL LEGADO GOLF RESORT, ET AL,**

   Defendants.

**Civil No. 21-1424 (ADC)**

## OPINION AND ORDER

Plaintiffs' response to motion for summary judgment at **ECF No. 22** is hereby **NOTED** and **GRANTED**. Accordingly, as requested by plaintiffs therein, all Title VII claims are **DISMISSED WITH PREJUDICE** and "all other claims" are **DISMISSED WITHOUT PREJUDICE**. Thus, all pending motions, **ECF Nos. 15, 16, 19, 20**, are **MOOT**.

The Clerk of Court shall enter judgment accordingly.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 22nd day of April, 2022.

                                                      **S/AIDA M. DELGADO-COLÓN**
                                                      **United States District Judge**